IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY JOHNSON, #115808, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CASE NO 2:16-cv-233-WHA |
| | ) |
| WALTER MEYERS, et al., | )     (WO) |
| | ) |
| Respondents. | ) |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #3), entered on April 11, 2016. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this 28 U.S.C. § 2241(d) case is TRANSFERRED to the United States District Court for the Northern District of Alabama. The clerk is DIRECTED to take the necessary steps to effect the transfer.

DONE this 10th day of May, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE